IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-po-00031-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID M. LANE

    Defendant.

---

### ORDER

---

The Court having considered the Government's Motion to Dismiss Information (#15),

It is hereby ORDERED that said motion is Granted and the Information is dismissed.

So ORDERED, this 15th day of January, 2009.

BY THE COURT:

_____
Gudrun J. Rice
United States Magistrate Judge
District of Colorado