IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-po-00031-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID M. LANE

    Defendant.

---

### ORDER

---

    The Court having been notified by the Assistant United States Attorney that Defendant, David M. Lane, was declared deceased and on Motion of the Government this case having been dismissed. It is, therefore,

    ORDERED that the term of probation be terminated.

    Dated this 15th day of January, 2009 in Grand Junction, Colorado.

                      BY THE COURT:

                      s/ Gudrun J. Rice

                      Gudrun J. Rice
                      United States Magistrate Judge